**2017–0600. Burke v. Excalibur Exploration, Inc.**
Ashtabula App. No. 2016–A–0041, 2017-Ohio-999. On intervening appellant's motion to vacate lower courts' judgments. Motion granted. The judgments are vacated and the cause is remanded to the trial court to determine the necessary parties to this action. On motion to intervene as necessary parties and motion to dismiss by EnerVest Energy Institutional Fund XI–A, L.P., CGAS Properties, L.P., and EnerVest Energy Institutional Fund XI–WI, L.P. Motions denied as moot.
O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2017–0653. Ross v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2016–1716. On appellees' motion to dismiss. Motion denied.
O'DONNELL and FISCHER, JJ., dissent.

**2017–0802. State v. Cochran.**
Franklin App. No. 16AP–491, 2017-Ohio-1528. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.
O'CONNOR, C.J., and DEWINE, J., dissent.

**2017–0808. State v. Cogar.**
Ashland App. No. 16–COA–039, 2017-Ohio-1470. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, J., dissents.

**2017–0822. State v. Wright.**
Hamilton App. No. C–150715, 2017-Ohio-1568. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.
O'CONNOR, C.J., dissents.
FISCHER, J., not participating.

**2017–0823. State v. Carlier.**
Clermont App. No. CA2016–11–075. On motion for leave to file delayed appeal. Motion denied.

**2017–0838. State v. Taeusch.**
Lake App. No. 2016–L–047, 2017-Ohio-1105. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days.
O'DONNELL, FRENCH, and DEWINE, JJ., dissent.

**2017–0840. State v. Summers.**
Cuyahoga App. No. 105513. On motion for leave to file delayed appeal. Motion denied.

**2017–0847. State v. Montgomery.**
Montgomery App. No. 25277, 2013-Ohio-4509. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, J., dissents.

**2017–0852. State v. Coleman.**
Highland App. No. 16CA11, 2017-Ohio-1067. On motion for leave to file delayed appeal. Motion denied.
O'NEILL and FISCHER, JJ., dissent.

**2017–0855. State v. Sealey.**
Lake App. No. 2016–L–034, 2017-Ohio-338. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, J., dissents.

**2017–0862. State v. Miller.**
Lucas App. No. L–16–1029, 2017-Ohio-670. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, J., dissents.